160 A.3d 775

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Willilam Lee L. BAKER, Petitioner**

**No. 202 EAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

**358**

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.